NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER L. STEWART,**

*Plaintiff-Appellant*

**v.**

**STATE OF COLORADO,**

*Defendant-Appellee*

---

2025-1649

---

Appeal from the United States District Court for the District of Colorado in No. 1:24-cv-02159-LTB-RTG, Senior Judge Lewis T. Babcock.

---

PER CURIAM.

## O R D E R

No party having filed a response to the court's June 12, 2025 show cause order, we now dismiss.

Christopher L. Stewart filed a complaint against the State of Colorado in the United States District Court for the District of Colorado "seek[ing] a total of $1,500,000.00," Dkt. No. 18 at 5, and asserting, among other things, civil rights claims under 42 U.S.C. § 1983.  On November 18, 2024, the district court entered judgment dismissing the case, denied Mr. Stewart leave to proceed *in forma*

2                                                    STEWART v. STATE OF COLORADO

*pauperis* on appeal, and certified that any appeal would not be taken in good faith. On April 15, 2025, Mr. Stewart filed a notice of appeal seeking review in this court.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007). Here, Mr. Stewart's notice of appeal, filed more than five months after the district court's November 24, 2024 judgment, is untimely. For at least this reason, we and any other court of appeals lack jurisdiction. We therefore dismiss the appeal.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 29, 2025
Date